# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re: KATHY ANN NASH-BLACKMON          Case No.: 04-53732

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Keith L. Rucinski, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/07/2004.
2) The plan was confirmed on 10/06/2004.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was completed on 06/01/2009.
6) Number of months from filing or conversion to last payment: 59.
7) Number of months case was pending: 64.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 3,490.00.
10) Amount of unsecured claims discharged without full payment: 54,839.32.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $8,128.00 |
| Less amount refunded to debtor: | $80.46 |
| **NET RECEIPTS:** | $8,047.54 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $2,100.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $584.36 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $2,684.36 |
| Attorney fees paid and disclosed by debtor: | $.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ADELPHIA COMMUNICATIONS | Unsecured | 141.42 | NA | NA | .00 | .00 |
| AMERICA ON LINE | Unsecured | 115.60 | NA | NA | .00 | .00 |
| AMERICAN CASH EXCHANGE | Unsecured | 395.00 | NA | NA | .00 | .00 |
| AMERITECH | Unsecured | 986.50 | 1,386.08 | 1,386.08 | 13.86 | .00 |
| BFG FEDERAL CREDIT UNION | Unsecured | 173.55 | 102.50 | 102.50 | 1.03 | .00 |
| BUCKEYE CHECK CASHING INC | Unsecured | 780.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | Unsecured | 1,068.78 | 1,075.34 | 1,075.34 | 10.75 | .00 |
| CAPITAL ONE | Unsecured | NA | 828.73 | 828.73 | 8.29 | .00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 9,984.47 | NA | NA | .00 | .00 |
| CASHLAND FINANCIAL | Unsecured | 503.10 | 820.03 | 820.03 | 8.20 | .00 |
| CHECK INTO CASH | Unsecured | 345.00 | NA | NA | .00 | .00 |
| CHILDRENS MEDICAL GROUP | Unsecured | 100.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: KATHY ANN NASH-BLACKMON							Case No.: 04-53732

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| DOMINION EAST OHIO GAS | Unsecured | 479.51 | NA | NA | .00 | .00 |
| ENTERPRISE RENT A CAR | Unsecured | 80.00 | NA | NA | .00 | .00 |
| FIRST PLACE RENTAL | Unsecured | NA | NA | NA | .00 | .00 |
| GREAT LAKES EDUCATIONAL LOAN | Unsecured | NA | 1,357.84 | 1,357.84 | 13.58 | .00 |
| GREAT LAKES EDUCATIONAL LOAN | Unsecured | NA | 30,761.45 | 30,761.45 | 307.61 | .00 |
| GREAT LAKES HIGHER EDUCATION CO | Unsecured | 28,331.00 | NA | NA | .00 | .00 |
| KEY BANK | Unsecured | 581.75 | NA | NA | .00 | .00 |
| NATIONAL CAPITAL MANAGEMENT LLC | Unsecured | 914.44 | 914.44 | 914.44 | 9.14 | .00 |
| PREMIER BANK CARD | Unsecured | 504.43 | NA | NA | .00 | .00 |
| REPUBLIC SERVICES | Unsecured | 178.41 | 178.41 | 178.41 | 1.78 | .00 |
| RITZMAN PHARMACY | Unsecured | 56.08 | NA | NA | .00 | .00 |
| SUMMA HEALTH SYSTEMS | Unsecured | 200.00 | 350.00 | 350.00 | 3.50 | .00 |
| TIME WARNER CABLE | Unsecured | 109.07 | 109.07 | 109.07 | 1.09 | .00 |
| WORLD FINANCIAL NETWORK | Unsecured | 3,771.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re: KATHY ANN NASH-BLACKMON      Case No.: 04-53732

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WORLD FINANCIAL SERVICE | Secured | 2,000.00 | 4,984.35 | 4,984.35 | 4,984.35 | .00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|     Mortgage Ongoing: | .00 | .00 | .00 |
|     Mortgage Arrearage: | .00 | .00 | .00 |
|     Debt Secured by Vehicle: | 4,984.35 | 4,984.35 | .00 |
|     All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 4,984.35 | 4,984.35 | .00 |
| **Priority Unsecured Payments:** | | | |
|     Domestic Support Arrearage: | .00 | .00 | .00 |
|     Domestic Support Ongoing: | .00 | .00 | .00 |
|     All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 37,883.89 | 378.83 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $2,684.36 |
| Disbursements to Creditors: | $5,363.18 |
| **TOTAL DISBURSEMENTS:** | $8,047.54 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 12/01/2009      By: /s/Keith L. Rucinski
                                                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.